UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RAY DELIAS,
    Plaintiff,

v.

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*
    Defendant.

**JUDGMENT**

Case No. 5:18-CV-171-KS

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' Motion for Judgment on the Pleadings and Motion to Remand.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Defendant's Unopposed Motion to Remand [DE-20]. The Court hereby remands this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **October 3, 2018,** with electronic service upon:

**Angela Cinski** *Counsel for Plaintiff*
**Lisa Rayo**, *Counsel for Defendant*

                                   **PETER A. MOORE, JR.,**
                                   CLERK, U.S. DISTRICT COURT

DATE: October 3, 2018                   /s/ *Shelia Foell*
                                              (By): Shelia Foell, Deputy Clerk of Court